THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Roy Chico Johnson,       
Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2003-UP-363
Submitted March 26, 2003 - Filed May 
 21, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Roy Chico Johnson was convicted 
 of assault and battery of a high and aggravated nature, armed robbery, and escape.  
 He was sentenced to life in prison without parole for armed robbery, ten years 
 concurrent for assault and battery of a high and aggravated nature, and ten 
 years consecutive for escape.  Johnsons appellate counsel filed a brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted 
 a petition to be relieved from representation, asserting there are no directly 
 appealable issues of arguable merit.  Johnson filed a pro se response 
 with the Court.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.

 
 
 
 [1] We decide this case without oral argument pursuant to Rule 215,
 SCACR.